# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRUCE EDWARD DRAGONFLY,<br><br>Defendant. | CR-18-30-GF-BMM<br><br><br>**ORDER** |

Defendant Bruce Edward Dragonfly appeared before United States Magistrate Judge John Johnston on July 17, 2018 and entered a plea of guilty to Aggravated Sexual Abuse and Distribution of a Controlled Substance to a Person Under 21, as charged in Counts I and II of the Superseding Information. Judge Johnstone entered Findings and Recommendations on July 17, 2018. (Doc. 24.)

Judge Johnstone determined: (1) that Dragonfly was fully competent and capable of entering an informed and voluntary plea; (2) that Dragonfly was aware

of the nature of the charges against him and the consequences of pleading guilty to Counts I and II; (3) that Dragonfly understood his constitutional rights, and the extent to which he was waiving those rights by pleading guilty; (4) that Dragonfly's plea of guilty was knowing and voluntary plea supported by an independent basis in fact sufficient to prove each of the essential elements charged in Counts I and II; (5) that Dragonfly had adequate time to review the Plea Agreement with counsel; and (6) that Dragonfly understood each provision of the Plea Agreement. (Doc. 24 at 1-2.) Judge Johnston recommended that the Court accept Dragonfly's plea of guilty to Aggravated Sexual Abuse and Distribution of a Controlled Substance to a Person Under 21 as charged in Counts I and II. (Doc. 24 at 2.) Judge Johnston further recommended that the Indictment be dismissed.

Neither party filed objections. Accordingly, the Court will review Judge Johnston's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error and adopts Judge Johnston's Findings and Recommendations in full.

IT IS ORDERED:

1. Dragonfly's Motion to Change Plea (Doc. 16) is GRANTED.

2. The Court will defer acceptance of the Plea Agreement (Doc. 15) until sentencing, at which time the Court will have reviewed both the Plea Agreement and the Presentence Investigation Report.

DATED this 12th day of September, 2018.

*Brian Morris*
Brian Morris
United States District Court Judge